# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**869**

**CAF 11-00805**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF KRISTIN T. WRIGHT,
PETITIONER-RESPONDENT,

               V                         ORDER

JEFFREY J. PATAKY, RESPONDENT-APPELLANT.

---

JOHN P. PIERI, BUFFALO, FOR RESPONDENT-APPELLANT.

WILLIAM R. HITES, BUFFALO, FOR PETITIONER-RESPONDENT.

---

    Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered September 1, 2010 in a proceeding pursuant to Family Court Act article 4.  The order denied the objection of respondent to the order of the Support Magistrate.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  September 30, 2011               Patricia L. Morgan
                                        Clerk of the Court